William SCHEIDLER, Plaintiff–
Appellant,

v.

James AVERY, individually and in his
official capacity as Kitsap County's
Assessor; et al., Defendants–Appellees.

No. 15–35945

United States Court of Appeals,
Ninth Circuit.

Submitted August 9, 2017 **

FILED AUGUST 14, 2017

Before: SCHROEDER, TASHIMA, and
M. SMITH, Circuit Judges.

MEMORANDUM *

William Scheidler appeals pro se from
the district court's judgment dismissing
with prejudice his action arising from the
denial of a property tax exemption. We
have jurisdiction under 28 U.S.C. § 1291.
We review de novo. *Hicks v. Small*, 69
F.3d 967, 969 (9th Cir. 1995) (dismissal for
failure to state a claim under Fed. R. Civ.
P. 12(b)(6)); *Stuewe v. Dep't of Revenue*,
98 Wash.App. 947, 991 P.2d 634, 636 (2000)
(proceedings before the Washington State
Board of Tax Appeals). We affirm.

The district court properly denied Schei-
dler's state tax appeal because Scheidler
failed to identify any error in the state tax
agencies' decisions. *See* Wash. Rev. Code

§§ 34.05.570(3) (circumstances under
which court may grant relief from agency
decision), 84.36.383(5) (definition of "dis-
posable income").

The district court properly dismissed
Scheidler's action because Scheidler failed
to allege facts sufficient to state any plau-
sible claim. *See Ashcroft v. Iqbal*, 556 U.S.
662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868
(2009) ("To survive a motion to dismiss, a
complaint must contain sufficient factual
matter, accepted as true, to state a claim
to relief that is plausible on its face." (cita-
tion and internal quotation marks omit-
ted)).

The district court did not abuse its dis-
cretion in denying Scheidler leave to
amend because amendment would have
been futile. *See U.S. ex rel. Lee v. Corint-
hian Colleges*, 655 F.3d 984, 995 (9th Cir.
2011) (setting forth standard of review).

The district court did not abuse its dis-
cretion in denying Scheidler's motion for
recusal of the district judge because Schei-
dler failed to identify a ground for recusal.
*See* 28 U.S.C. §§ 144, 455; *Pesnell v. Arse-
nault*, 543 F.3d 1038, 1043 (9th Cir. 2008)
(standard of review).

We reject as meritless Scheidler's con-
tentions that the district court lacked au-
thority to decide the motions to dismiss,
that federal pleading standards are inap-
plicable, and that the district court failed
to comply with this court's prior mandate.

We do not consider matters not specifi-
cally and distinctly raised and argued in
the opening brief, or arguments and alle-
gations raised for the first time on appeal.
*See Padgett v. Wright*, 587 F.3d 983, 985
n.2 (9th Cir. 2009).

---

** The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2). Scheidler's re-
quest for oral argument, set forth in his open-
ing brief, is denied.

* This disposition is not appropriate for publica-
tion and is not precedent except as provided
by Ninth Circuit Rule 36–3.

To the extent Scheidler seeks reconsideration of this court's prior order denying his petition for a writ of mandamus, *see Scheidler v. U.S. Dist. Ct. for W. Dist. Of Wash., Tacoma*, No. 15–73135, his request is denied.

Appellees Avery, Miles, Haberly, and George's motion for sanctions (Docket No. 27) is denied. *See Glanzman v. Uniroyal, Inc.*, 892 F.2d 58, 61 (9th Cir. 1989) (decision to award sanctions under Rule 38 is discretionary).

Appellee Washington State Bar Association's motion to take judicial notice (Docket No. 31) is granted.

**AFFIRMED.**